the defendant, as a storage-ticket holder, did not have any constructive possession of the grain in question, or of any specific grain. Under such circumstances it is entirely clear that an action would not lie against the defendant for the value of the grain covered by plaintiff's mortgage.

(77 N. W. Rep. 95.)

---

## WILLIAM H. BEST *vs.* L. C. BARRETT, *et al.*

### Opinion filed June 2, 1898.

**Conversion—Elevator Storage Tickets—Identification of Mortgaged Property.**

Appeal from District Court, Cass County; *McConnell,* J.

Action by William H. Best against L. C. Barrett and others. Judgment for defendant, and plaintiff appeals.

Affirmed.

*Seth Newman* and *Newman & Stambaugh,* for appellant.

*Pollock & Scott,* for respondents.

CORLISS, C. J. This case is controlled by our decision in *Best* v. *Muir,* 8 N. D. 44. The judgment of the District Court is affirmed. All concur.

(77 N. W. Rep. 1117.)